# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | No. 22-21 |
| **BRIAN JAMES KUNSMAN** | | |

## ORDER

**AND NOW**, this 19th day of August, 2022, it is hereby **ORDERED** that Defendant's motion for reconsideration of detention [Doc. 12] is **DENIED**.

It is further **ORDERED** that the Government's motion to impound {Doc. 16] is **GRANTED**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.