# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | **No. 22-21** |
| **BRIAN JAMES KUNSMAN** | | |

## ORDER

**AND NOW**, this 15th day of May, 2023, it is hereby **ORDERED** that Defendant's motion to suppress physical evidence and statements [Doc. 27] is **DENIED**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.